UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>RONNIE OWEN,<br><br>             Defendant. | No. CR-09-098-FVS<br><br>ORDER RE PRO SE FILINGS |

**THE COURT** having reviewed defendant's "Response to OSC RE Court Records 47-49; Dismissal/Withdrawal of Motion" (Ct. Rec. 51); Now, therefore

**IT IS HEREBY ORDERED:**

1.  The following pro se documents filed by defendant are deemed **WITHDRAWN** without prejudice:

    (a) "Petition to Dismiss for Lack of Territorial Jurisdiction" **(Ct. Rec. 47);**

    (b) "Declaration of Ronnie Lee Owen a Natural Man" **(Ct. Rec. 48);**

    (c) "Brief in Support of Petition to Dismiss for Lack of Territorial Jurisdiction" **(Ct. Rec. 49).**

2.  The November 29, 2010 hearing is **STRICKEN.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this   9th    day of November, 2010.

                    s/ Fred Van Sickle
                    Fred Van Sickle
             Senior United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE- 1