UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONNIE OWEN,<br><br>　　　　　Defendant. | No. CR-09-98-FVS<br><br>ORDER RE PRO SE MOTION |

**THIS MATTER** having come before the Court based upon the defendant's request to withdraw his motion to withdraw his plea of guilty; Now, therefore

**IT IS HEREBY ORDERED:**

1. The defendant's "Withdrawal of Pro Se Motion" (**ECF No. 118**) is **granted**.

2. The defendant's "Motion to Withdraw Plea" (**ECF No. 115**) is deemed withdrawn. As such, it is denied as moot.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___16th___ day of November, 2011.

　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　Senior United States District Judge

ORDER RE PRO SE MOTION- 1